**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN NKWUO,<br><br>         Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY HUMAN RESOURCES, et al.,<br><br>         Defendants. | Case No. 16-cv-06741-BLF<br><br>**JUDGMENT** |

Plaintiff's first amended complaint having been dismissed without leave to amend and the action having been dismissed,

It is hereby ordered and adjudged that Plaintiff take nothing by this action and that Judgment is entered for Defendants and against Plaintiff.

Dated: August 21, 2017

_____
BETH LABSON FREEMAN
United States District Judge